```
                     UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF MICHIGAN
                           SOUTHERN DIVISION
```

JACQUELINE HARRIS and ROBERT
HARRIS,

                     Plaintiffs,    CIVIL CASE NO. 05-40155

v.

ALLSTATE INSURANCE COMPANY,      HONORABLE PAUL V. GADOLA
                                             U.S. DISTRICT JUDGE
               Defendant.
_____/

## ORDER DISCHARGING SHOW CAUSE

On May 18, 2005, the Court filed an order requiring Defendant Allstate Insurance Company, to show cause why this case should not be remanded for lack of subject matter jurisdiction. Specifically, the Court required Defendant to properly allege Plaintiffs' citizenship and to prove by a preponderance of the evidence that the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

Defendant's response, filed on May 27, 2005, adequately resolves the Court's concerns. Thus, the Court will discharge the order to show cause and will exercise diversity jurisdiction.

**ACCORDINGLY, IT IS HEREBY ORDERED** that the Court's order to show cause [docket entry 2] is **DISCHARGED.**


Dated: June 17, 2005                      s/Paul V. Gadola
                                                 HONORABLE PAUL V. GADOLA
                                                 UNITED STATES DISTRICT JUDGE

Certificate of Service

I hereby certify that on  June 20, 2005  , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:
_____,
and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: Stuart Collis, Christine D'Luge, James Hewson            .

                                               s/Tammy Hallwood
                                               Tammy Hallwood, Deputy Clerk
                                               (810) 341-7845